IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SEAL123, INC.<br><br>            Debtor. | ) Chapter 11<br>)<br>) Case No. 15-10081 (CSS)<br>)<br>) Jointly Administered<br>) |
| In re:<br><br>SEAL123 RETAIL, INC.,<br><br>            Debtor. | ) Chapter 11<br>)<br>) Case No. 15-10082 (CSS)<br>)<br>) Jointly Administered<br>) |
| In re:<br><br>SEAL123 CATALOG, INC.,<br><br>            Debtor. | ) Chapter 11<br>)<br>) Case No. 15-10083 (CSS)<br>)<br>) Jointly Administered<br>) |
| In re:<br><br>SEAL123 GC, LLC,<br><br>            Debtor.[1] | ) Chapter 11<br>)<br>) Case No. 15-10084 (CSS)<br>)<br>) Jointly Administered<br>)<br>) Ref. D.I. _1476_ |

## FINAL DECREE AND ORDER CLOSING CERTAIN CHAPTER 11 CASES

Upon the Motion[2] of the Seal123 Liquidation Trust under 11 U.S.C. §§ 105(a) and 350(a), Fed. R. Bankr. P. 3022, and Del. Bankr. LR 3022-1(a) for an Final Decree and Order, (i) closing the bankruptcy cases of Debtors Seal123 Retail, Inc. (f/k/a The Wet Seal Retail, Inc.), Seal123 Catalog, Inc. (f/k/a Wet Seal Catalog, Inc.), and Seal123 GC, LLC (f/k/a

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are Seal123, Inc. (f/k/a The Wet Seal, Inc.) (5940), Seal123 Retail, Inc. (f/k/a The Wet Seal Retail, Inc.) (6265), Seal123 Catalog, Inc. (f/k/a Wet Seal Catalog, Inc.) (7604), and Seal123 GC, LLC (f/k/a Wet Seal GC, LLC) (2855-VA). The Debtors' address was 26972 Burbank, Foothill Ranch, CA 92610 and is now 7555 Irvine Center Drive, Irvine, CA 92618.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion or the Plan, as applicable.

Wet Seal GC, LLC), whose estates have been consolidated under the Plan and as such are fully administered, (ii) designating the bankruptcy case of Debtor Seal123, Inc. (f/k/a The Wet Seal, Inc.) as the Surviving Case of the consolidated Debtors as set forth on <u>Exhibit A</u>, and (iii) waiving the requirement to file further post-confirmation reports in the Closed Cases; and this Court having determined that granting the relief requested in the Motion is in the best interests of the Debtors and the Debtors' estates and creditors; and it appearing that proper and adequate notice of the Motion has been given under the circumstances and that no other or further notice is necessary; and the Court having jurisdiction of this matter; and upon the record herein; and after due deliberation; and good and sufficient cause appearing therefore; it is hereby,

ORDERED, DECREED, AND ADJUDGED THAT:

1. The Motion is granted.

2. The following bankruptcy cases of the Debtors (the "<u>Closed Cases</u>") shall be and hereby are closed:

| **Company Name** | **Case No.** |
|---|---|
| Seal123 Retail, Inc. (f/k/a The Wet Seal Retail, Inc.) | 15-10082 (CSS) |
| Seal123 Catalog, Inc. (f/k/a Wet Seal Catalog, Inc.) | 15-10083 (CSS) |
| Seal123 GC, LLC (f/k/a Wet Seal GC, LLC) | 15-10084 (CSS) |

3. Case No. 15-10081 (BLS) of Debtor Seal123, Inc. shall be the Surviving Case of the Debtors, and all of the assets and liabilities of the Debtors shall remain pooled as and to the extent set forth in the Plan and be administered in the Surviving Case. Nothing herein shall impair, limit, or otherwise affect any parties' rights under the substantive consolidation provisions of the Plan.

4. The requirement of the Debtors in the Closed Cases to file further post-confirmation reports, including a final report, shall be and hereby is waived. All further

reporting concerning the administration of the assets and liabilities of those Debtors shall occur on a consolidated basis in the Surviving Case.

5. To the extent not already paid, the fees required to be paid to the U.S. Trustee pursuant to 28 U.S.C. § 1930(a)(6) shall be paid as soon as reasonably practicable after the date of entry of this Order.

6. The Clerk of the Court shall enter this Final Decree and Order individually on each of the dockets of the Closed Cases, and thereafter those dockets shall be marked as "Closed."

7. Notwithstanding any stay that might be applicable to this Order, this Order shall be effective and enforceable immediately upon entry hereof.

8. The Court shall retain jurisdiction to construe and enforce the terms of the Motion and this Final Decree and Order.

Dated: February 13, 2017
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:211869.2 56817/001